# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OSCAR MEDINA-HERRERA, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>KRISTI NOEM, et al., )<br>)<br>Respondents. )<br>) | Case No. CIV-25-1203-J |

## ORDER

Before the Court is Petitioner's counsel's motion to waive the requirement of association with local counsel. Doc. 9; *see* LCvR83.3. Having certified that counsel is familiar with this Court's local rules and has significant experience in the area of immigration law, the Court excuses counsel from this requirement. *See* LCvR83.3(c).

**ENTERED** this 17th day of October, 2025.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE