UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OSCAR MEDINA-HERRERA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-25-1203-J |
| | ) |
| KRISTI NOEM, et al., | ) |
| | ) |
| Respondents. | ) |

### ORDER

United States Immigration & Customs Enforcement has detained Petitioner, a Mexican citizen. Appearing with counsel, Petitioner seeks habeas relief under 28 U.S.C. § 2241 [Doc. No. 1] and requests an emergency temporary restraining order (TRO) requiring Respondents to either release him or provide him with a bond hearing. [Doc. No. 6]. The matter was referred for initial proceedings to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Mitchell has reviewed the TRO motion and recommends that it be denied for lack of notice to the adverse party. [Doc. No. 12]. Despite being cautioned that he must file any objection no later than November 7, 2025, Petitioner did not object and has waived his right to appellate review of the factual and legal issues addressed in the Report and Recommendation. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 12] and DENIES Petitioner's motion for an emergency TRO [Doc. No. 6]. This matter remains referred to Judge Mitchell.

IT IS SO ORDERED this 13th day of November, 2025.

                                                BERNARD M. JONES
                                                UNITED STATES DISTRICT JUDGE