**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

OSCAR MEDINA-HERRERA,⁣ )
⁣ )
⁣ Petitioner, )
⁣ )
v. )    Case No. CIV-25-1203-J
⁣ )
KRISTI NOEM, et al., )
⁣ )
⁣ Respondents. )

## JUDGMENT

Pursuant to the Order filed this same day, the Court grants Petitioner's habeas petition. Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a) or otherwise release him.

IT IS SO ORDERED this 2nd day of December, 2025.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE