**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

OSCAR MEDINA-HERRERA,                    )
                                         )
              Petitioner,                )
                                         )
v.                                       )          Case No. CIV-25-1203-J
                                         )
KRISTI NOEM, et al.,                     )
                                         )
              Respondents.               )

### AMENDED ORDER

The Court ordered Respondents to "provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a) or otherwise release [him]." [Doc. No. 21 at 8]. Respondents complied, but Petitioner believes the hearing "lacked any appearance of due process," and he seeks release from detention. [Doc. No. 23].

Petitioner shall provide supplemental briefing addressing whether this Court has jurisdiction to review the alleged lack of due process during the bond hearing, particularly considering exhaustion requirements. Petitioner's briefing is due no later than December 19, 2025 and Respondents' response is due no later than December 29, 2025. If Petitioner wishes to reply, it is due no later than January 5, 2026.[1]

IT IS SO ORDERED this 15th day of December, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

---

[1] This Order is amended to correct the reply date to January 5, 2026, rather than January 5, 2025.